UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WILSON,

    Plaintiff,

v.                                            Case No. 21-12066

SHERIFF MICHAEL BOUCHARD,        Sean F. Cox
                                                      United States District Court Judge

    Defendant.
_____/

**ORDER**
**ADOPTING REPORT AND RECOMMENDATION (ECF NO. 17)**
**AND GRANTING DEFENDANT S' MOTION FOR SUMMARY JUDGMENT**

Plaintiff filed this action against Defendant on August 25, 2021.  This matter was referred to Magistrate Judge Kimberly Altman for all pretrial proceedings.

Thereafter, on July 29, 2022, Defendant filed a Motion for Summary Judgment.  Although Judge Altman ordered Plaintiff to file a response to that motion by September 2, 2022, Plaintiff failed to a file a response to the motion.  In a Report and Recommendation issued on September 27, 2022, Judge Altman recommends that this Court grant Defendant's Motion for Summary Judgment and dismiss this action with prejudice.  (ECF No. 17).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.  The Court hereby **ADOPTS** the September 27, 2022 Report and Recommendation, **ORDERS** that Defendants' Motion for Summary Judgment is **GRANTED, and DISMISSES THIS ACTION WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                                s/Sean F. Cox  
                                                Sean F. Cox  
                                                United States District Judge

Dated: October 25, 2022